IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH LEVAN, | § | |
| | § | No. 280, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1211011702 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: January 20, 2016
Decided: January 21, 2016

## **ORDER**

This 21st day of January 2016, it appears to the Court that, on December 31, 2015, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix in this matter on or before December 18, 2015. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice